# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ELIUD BERNARD VEGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3117

_____

March 1, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Howard L. Dimmig, II, Public Defender, and J. Rafael Rodríguez, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.